Form unpdff (12/09)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:
    Mark E Muenker

Case Number: 09–16961–SJS
Chapter: 7

    Debtor(s).

## UNPAID FILING FEE

The filing fee was not paid when the following motion and/or amendment was received by the Clerk's Office. The fee is **due within 14 days** of the date of this notice or this matter will be referred to the judge assigned to the case. **Failure to pay the fee for a motion may result in the hearing being continued until such time as the fee is paid. Failure to pay additional filing fees may result in dismissal of case.**

- ☐ $150.00 Motion for Relief from Stay/Abandonment
- ☐ $150.00 Motion to Withdraw Reference
- ☐ $26.00 Amendments to Schedules D, E, or F
- ☐ $260.00 Motion to Reopen Chapter 7
- ☐ $1000.00 Motion to Reopen Chapter 11
- ☐ $200.00 Motion to Reopen Chapter 12
- ☐ $235.00 Motion to Reopen Chapter 13
- ☐ $1000.00 Motion to Reopen Chapter 15
- ☐ $45.00 Archive Retrieval Fee
- ☐ $15.00 Conversion from Chapter 11 to Chapter 7
- ☐ $60.00 Conversion from Chapter 12 to Chapter 7
- ☑ $25.00 Conversion from Chapter 13 to Chapter 7
- ☐ $35.00 Conversion from Chapter 12 to Chapter 13
- ☐ $299.00 Bifurcation/Splitting of Chapter 7
- ☐ $1039.00 Bifurcation/Splitting of Chapter 11
- ☐ $239.00 Bifurcation/Splitting of Chapter 12
- ☐ $274.00 Bifurcation/Splitting of Chapter 13
- ☐ $255.00 Appeal/Cross Appeal
- ☐ Direct Appeal/Cross Appeal: Additional $200 due when Court of Appeals authorizes the appeal.
- ☐ Other

**Personal checks for payment of filing fees will not be accepted from Debtors, including corporate Debtors. Please submit your payment in the form of a cashier's check or money order.**

Dated: <u>October 18, 2010</u>

                                        Mark L. Hatcher
                                        Clerk of the Bankruptcy Court

                                        <u>Janet Fortmann</u>
                                        Deputy Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0981-2          User: janetf              Page 1 of 1              Date Rcvd: Oct 18, 2010
Case: 09-16961                Form ID: unpdff           Total Noticed: 1
```

The following entities were noticed by first class mail on Oct 20, 2010.
```
db            +Mark E Muenker,   655 Steiner St #202,   San Francisco, CA 94117-2525
```

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 20, 2010**                                    **Signature:** _Joseph Speetjens_